# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Paul & Katharine Kirchner | ) | Bankruptcy No. 15 B 00504 |
| | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Judge A. Benjamin Goldgar |
| | ) | |

To:   See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **September 23, 2015,** at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable A. Benjamin Goldgar in Courtroom 642 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree**, a copy of which is hereby served upon you.  You may appear if you so choose.

>       David P. Lloyd
>       David P. Lloyd, Ltd.
>       615B S. LaGrange Rd.
>       LaGrange IL  60525
>       708-937-1264
>       Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 11th day of September, 2015.

>       _/s/ David P. Lloyd_____
>       David P. Lloyd

Electronic Mail Notice List
Paul & Katharine Kirchner, Debtors
Case No. 15-00504

The following is the list of <u>parties</u> who are currently on the list to receive email notice/service for this case.

Erica N Byrd     byrd@garfield-merel.com
Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
David P Lloyd     courtdocs@davidlloydlaw.com
Terri M Long     Courts@tmlong.com
Jonathan N Rogers     jrogers@skdaglaw.com

| | | |
|---|---|---|
| Service List<br>Paul & Katharine Kirchner, Debtors<br>Case 15-00504 | First Midwest Bank<br>One Pierce Place<br>Suite 1500<br>Itasca, IL 60143-1254 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Express<br>PL Box 0001<br>Los Angeles, CA 90096-8000 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | BMO Harris Bank<br>P.O. Box 6290<br>Carol Stream, IL 60197-6290 |
| BMO Harris Bank NA<br>Attn: Retail Collections BRK-180-RC<br>770 N. Water St.<br>Milwaukee, WI 53202-3593 | Bank of America<br>c/o FMA Alliance<br>12339 Cuutten Road<br>Houston, TX 77066-1807 | Bankers Healthcare Group, Inc.<br>4875 Volunteer Road<br>Southwest Ranches, FL 33330-2118 |
| Barclay Card US<br>PO Box 60517<br>City of Industry, CA 91716-0517 | Cabelas Club Visa<br>PO Box 82519<br>Lincoln, NE 68501-2519 | Charter One<br>c/o Arnstein & Lehr LLP<br>120 South Riverside Plaza, Ste 1200<br>Chicago, IL 60696-0001 |
| Citicards<br>c/o ARS National Servies, Inc.<br>PO Box 46323<br>Escondido, CA 92046-3002 | Citizens Bank NA fka Charter One<br>Managed Assets Dept RJW-500<br>443 Jefferson Blvd<br>Warwick, RI 02886-1321<br>Attn: C Koutsogiane | Comenity Bank<br>PO Box 659569<br>San Antonio, TX 78265-9569 |
| Creditors Discount & Audit<br>415 E. Main St.<br>Streator, IL 61364-2927 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Dome Tax Service Co.<br>c/o Dennis D. Ballinger<br>119 W. William St., Suite 300<br>Decatur, IL 62523-1185 | First Midwest Bank<br>c/o Garfield & Merel, Ltd.<br>180 N. Stetson, Suite 1300<br>Chicago, IL 60601-6818 | First Midwest Bank<br>c/o Jonathan N. Rogers<br>Klein, Daday, Aretos & O'Donoghue,<br>2550 W. Golf Rd., Suite 250<br>Rolling Meadows, IL 60008-4014 |
| First Midwest Bank<br>c/o Klein, Daday, Aretos & O'Donogh<br>2550 W. Golf Rd., Suite 250<br>Rolling Meadows, IL 60008-4014 | Fuksa Khorschid, LLC<br>70 W. Erie St. 2nd Floor<br>Chicago, IL 60654-6268 | Healthcare Associates Credit Union<br>Todd Niedermeier<br>1151 East Warrenville Road<br>Naperville, IL 60563-9415 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Shire Tissue/Tom Barry<br>c/o Law office of Robert Claclough<br>8550 Balboa, Suite 232<br>Northridge, CA 91325-5806 |
| U.S. Bank<br>1310 Madrid Street<br>Suite 106<br>Marshall, MN 56258-4006 | US Bank NA dba US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, Mn 56258-4099 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 |

Wells Fargo Bank
PO Box 25341
Santa Ana, CA 92799-5341

Wells Fargo Bank, N.A. dba
Wells Fargo Dealer Serv
P.O. Box 19657
Irvine, CA 92623-9657

Will County Treasurer
302 N. Chicago Av.
Joliet, IL 60432-4059

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Katharine A. Kirchner
16424 S. Alberta Ct.
Homer Glen, IL 60491-3831

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Paul B. Kirchner
16424 S. Alberta Ct.
Homer Glen, IL 60491-3831

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Paul & Katharine Kirchner ) | Bankruptcy No. 15 B 00504 |
| ) | Chapter 11 |
| ) | |
| Debtors ) | Judge A. Benjamin Goldgar |
| ) | |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtors, Paul and Katharine Kirchner, by and through their attorney, David P. Lloyd, and move this honorable Court for entry of a final decree in this confirmed Chapter 11 case, and in support thereof state as follows:

1. The Debtors filed a voluntary Chapter 11 petition on January 8, 2015. The Debtors' Plan was confirmed on July 8, 2015. The Plan provides for payment of a 10% dividend to general unsecured creditors over a five-year period, payment of secured claims in full with interest, and payment of a priority claim to the Internal Revenue Service over five years from the order for relief.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. The initial payments to general unsecured creditors has been made pursuant to the confirmed Plan.

4. Evidence of the payments of the above is attached to this motion.

5. Said payments constitute substantial consummation of the confirmed Plan and this case should now be closed.

6. Pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code, the Debtors will not be entitled to a discharge until completion of all payments under the Plan. However, judicial economy

will not be served by keeping this case open until the five-year period for paying general unsecured claims has passed. In addition, the Debtors should not be required to make quarterly payments to the United States Trustee during the five-year period, in which no action will be required by the Debtors, the Court, or the United States Trustee.

7. The case should be closed in the interest of the Court and all parties, with leave to reopen the case upon completion of payments for the entry of a discharge.

WHEREFORE the Debtors pray for the entry of a final decree, with leave to reopen the case for the sole purpose of entering a discharge upon completion of all payments to general unsecured creditors under the confirmed Plan, or otherwise as provided by Section 1141(d)(5).

Respectfully submitted,
Paul and Katharine Kirchner


By:____/s/ David P. Lloyd_____
Their attorney


David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265