UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-00504 |
| Paul & Katharine Kirchner | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS CAUSE coming on to be heard on the Debtors' motion to close case, due notice having been given to all parties in interest, and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. A final decree is hereby entered.

2. This Chapter 11 case is hereby closed.

3. ~~The Debtors are granted leave to reopen this Chapter 11 case in order to obtain a discharge after payment of unsecured creditors is complete.~~

Enter:

Dated: 23 SEP 2015

United States Bankruptcy Judge

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120501_bko